William A. Kershaw, State Bar No. 057486
Lyle W. Cook, State Bar No. 148914
**KERSHAW, CUTTER, & RATINOFF LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Jerome M. Marcus
Jonathan Auerbach
**MARCUS & AUERBACH LLC**
400 Greenwood Ave., Ste. 200
Wyncote, PA 19095
Telephone: (215) 885-2250
Facsimile: (888) 875-0469

Carl J. Mayer
**MAYER LAW GROUP LLC**
1040 Avenue of the Americas
Suite 2400
New York, NY 10018
Telephone: (212) 382-4686
Facsimile: (212) 382-4687

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER R. MCMULLEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA AIR LINES, INC.<br><br>Defendant. | Case No.: C 08-01523 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 8, 2008.        BY: _____
William A. Kershaw, State Bar No. 057486
Lyle W. Cook, State Bar No. 148914
**KERSHAW, CUTTER, & RATINOFF LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Jerome M. Marcus
Jonathan Auerbach
**MARCUS & AUERBACH LLC**
400 Greenwood Ave., Ste. 200
Wyncote, PA 19095
Telephone: (215) 885-2250
Facsimile: (888) 875-0469

Carl J. Mayer
**MAYER LAW GROUP LLC**
1040 Avenue of the Americas
Suite 2400
New York, NY 10018
Telephone: (212) 382-4686
Facsimile: (212) 382-4687

*Attorneys for Plaintiff and the Class*

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT