SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PHILIP F. ATKINS-PATTENSON, Cal. Bar. No. 94901
TED C. LINDQUIST III, Cal. Bar. No. 178523
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: patkinspattenson@sheppardmullin.com
tlindquist@sheppardmullin.com

Attorneys for Defendant
DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SPENCER R. MCMULLEN, suing individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., and defendant Does 1 through 100, inclusive.<br><br>Defendants. | Case No. CV 08-1523 (JSW)<br><br>**RE-NOTICE OF DEFENDANT DELTA AIR LINES, INC.'S MOTION TO DISMISS [FED. R. 12(b)(6)]**<br><br>Date: September 26, 2008<br>Time: 9:00 A.M.<br>Courtroom: 2 (17th Floor)<br><br>Complaint Filed: March 19, 2008<br>Served: June 16, 2008 |

PLEASE TAKE NOTICE that on September 26, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 2 of the above-entitled court located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, the Honorable Jeffrey S. White presiding, defendant Delta Air Lines, Inc. ("**Defendant**" or "**Delta**") will bring on for hearing a motion for an order pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) dismissing each of the claims for relief of plaintiff Spencer R. McMullen ("**Plaintiff**" or "**McMullen**") for failure to state a claim upon which relief can be granted.

1     This motion is made on the grounds that Plaintiff's claims for relief are
2 preempted by the Airline Deregulation Act (currently codified at 49 U.S.C.
3 41713(b)), and even if they were not, Plaintiff has failed to allege adequate facts to
4 state a claim upon which relief can be granted against Delta.

5 Dated: July 8, 2008

                        Respectfully submitted,

                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                        By    */s/ Philip F. Atkins-Pattenson*
                                PHILIP F. ATKINS-PATTENSON

                              Attorneys for Defendant
                              DELTA AIR LINES, INC.