SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PHILIP F. ATKINS-PATTENSON, Cal. Bar. No. 94901
TED C. LINDQUIST III, Cal. Bar. No. 178523
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
E-mail:  patkinspattenson@sheppardmullin.com
         tlindquist@sheppardmullin.com

Attorneys for Defendant
DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SPENCER R. MCMULLEN, suing individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DELTA AIR LINES, INC., and defendant Does 1 through 100, inclusive.<br><br>  Defendants. | Case No. CV 08-1523 (JSW)<br><br>**DISCLOSURE STATEMENT OF DELTA AIR LINES, INC.**<br>**[F.R.C.P. 7.1]**<br><br>Complaint Filed:  March 19, 2008<br>Served:              June 16, 2008 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Delta Air Lines, Inc. ("Delta") makes the following Disclosure Statement:  Delta has no parent corporation.  JPMorgan Chase & Co. is the only publicly-held corporation that owns 10% or more of Delta's stock.

Dated: July 8, 2008            SHEPPARD MULLIN RICHTER & HAMPTON LLP


                               By    */s/ Philip F. Atkins-Pattenson*
                                     PHILIP F. ATKINS-PATTENSON
                                     Attorneys for Defendant
                                     DELTA AIR LINES, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28