1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SPENCER R. McMULLEN,

10            Plaintiff,                          No. C 08-01523 JSW

11        v.

12   DELTA AIR LINES INC. and DOES 1              **ORDER SETTING BRIEFING**
     through 100,                                 **SCHEDULE ON MOTION TO**
13                                                **DISMISS AND CONTINUING**
              Defendants.                         **CASE MANAGEMENT**
14                                                **CONFERENCE**

15   _____/

16        This matter is set for a hearing on September 26, 2008 at 9:00 a.m. on Defendant's

17   motion to dismiss.  The Court HEREBY ORDERS that an opposition to the motion shall be

18   filed by no later than July 22, 2008 and a reply brief shall be filed by no later than July 29,

19   2008.

20        If the Court determines that the matter is suitable for resolution without oral argument, it

21   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

22   schedule, they may submit for the Court's consideration a stipulation and proposed order

23   demonstrating good cause for any modification requested.

24   ///

25   ///

26   ///

27   ///

28   ///

     ///

**United States District Court**
For the Northern District of California

1    In addition, the case management conference set for July 18, 2008 at 1:30 p.m. is

2  HEREBY VACATED and continued to September 26, 2008 at 9:00 a.m., immediately

3  following the hearing on the motion.   The parties shall file a joint case management statement

4  by no later than September 19, 2008.

5    **IT IS SO ORDERED.**

6

7  Dated:  July 8, 2008                              _____

8                                                    JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2