IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER R. McMULLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DELTA AIR LINES INC. and DOES 1 through 100,<br><br>　　　　Defendants.<br>_____/ | No. C 08-01523 JSW<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, September 26, 2008 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers. In addition, the initial case management conference is also VACATED and shall be reset by further order, if necessary.

**IT IS SO ORDERED.**

Dated: September 24, 2008

　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE