1  William A. Kershaw, State Bar No. 057486
   Lyle W. Cook, State Bar No. 148914
2  KERSHAW, CUTTER, & RATINOFF LLP
   401 Watt Avenue
3  Sacramento, California 95864
   Telephone: (916) 448-9800
4  Facsimile: (916) 669-4499

5  Jerome M. Marcus, Esquire
   Jonathan Auerbach, Esquire
6  MARCUS & AUERBACH LLC
   400 Greenwood Ave., Ste. 200
7  Wyncote, PA 19095
   Telephone: (215) 885-2250
8  Facsimile: (888) 875-0469

9  Carl J. Mayer, Esquire
   MAYER LAW GROUP LLC
10 1040 Avenue of the Americas
   Suite 2400
11 New York, NY 10018
   Telephone: (212) 382-4686
12 Facsimile: (212) 382-4687

13 *Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER R. MCMULLEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA AIR LINES, INC.<br><br>Defendant. | Case No.: CV 08-1523 (JSW)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEROME M. MARCUS *PRO HAC VICE*<br><br>Complaint Filed: March 19, 2008<br>Served: June 16, 2008<br><br>Judge Jeffrey S. White |

1  Jerome M. Marcus, an active member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania, whose business address and telephone number is 400 Greenwood Avenue, Wyncote, PA 19095, (215) 885-2250, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFF, SPENCER R. MCMULLEN, individually and on behalf of all others similarly situated.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  OCT 0 2 2008

_____
JEFFREY S. WHITE
United States District Judge

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEROME M. MARCUS *PRO HAC VICE*